# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| UNITED STATES OF AMERICA, | CASE NO. CR08-5366BHS |
|---|---|
| Plaintiff-Respondent, | ORDER DENYING MOTION FOR REDUCTION OF SENTENCE |
| v. | |
| JOSE FREDDY BARRERA, | |
| Defendant-Movant. | |

This matter comes before the court on Defendant-Movant Jose Freddy Barrera's (Barrera's) Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2). Dkt. # 99. The court has reviewed the motion and the government's response (Dkt. 103), and finds that because application of the amendments to USSG § 2D1.1 does not result in a reduction in Defendant's sentence range, and because even if the amendments did apply his sentence is already below that range, Defendant is ineligible for a reduction in sentence under 18 U.S.C. 3582(c)(2) and his motion should be denied. NOW, THEREFORE,

IT IS HEREBY ORDERED that Barrera's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) is DENIED.

Dated this 8th day of May, 2015.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1